UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ANA MARTINEZ REYES,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

        -against-

SUMMIT HEALTH MANAGEMENT, LLC

        Defendant.

-------------------------------------------------X

Case No. 22-cv-09916

### PLAINTIFF'S NOTICE OF MOTION FOR PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE THAT** Plaintiff Ana Martinez Reyes on her own behalf and on behalf of the proposed Settlement Class, by and through her counsel, hereby moves this Court for a Final Approval and Order granting (1) final approval of the Settlement as adequate, fair and reasonable; (2) an award of attorneys' fees of $600,000 and an award of costs and expenses of $7,546.07; (3) a service award to the Named Plaintiff in the amount of $9,000; and (4) approval of the fees and expenses of the Settlement Administrator, American Legal Claims Services, LLC, in the amount of $140,000 from the Settlement Fund. Defendant Summit Health Management, LLC d/b/a CityMD ("Defendant"), agrees to, and does not oppose this Motion.

In support of this relief, Plaintiff has contemporaneously filed the accompanying Declaration of Seth R. Lesser and a memorandum of law in support of this motion.

Dated: April 23, 2024  
Rye Brook, New York

Respectfully submitted,

By: */s/ Seth R. Lesser*  
Seth R. Lesser  
Jeffrey A. Klafter  
Jessica Rado  
KLAFTER LESSER LLP  
Two International Drive, Suite 350  
Rye Brook, New York 10573  
Telephone: (914) 934-9200  
seth@klafterlesser.com  
jak@klafterlesser.com  
jessica.rado@klafterlesser.com  

Janet Walsh  
Francesca Iacovangelo  
LOCKS LAW FIRM PLLC  
622 Third Avenue, 7th Floor  
New York, NY 10017  
(212) 838-3333  
jwalsh@lockslaw.com  
fiacovangelo@lockslaw.com  

*Attorneys for Plaintiff and the Class*