**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------X

**ANA MARTINEZ REYES,**                                    Case No. 22-cv-09916
**individually and on behalf of**
**all others similarly situated,**

       Plaintiffs,

    -against-

**SUMMIT HEALTH MANAGEMENT, LLC**,

       Defendant.


----------------------------------------------------------------------------X

## ORDER SUBSTITUTING CY PRES RECIPIENT

This matter, having come before the Court on the Parties' Joint Motion to Change Settlement Cy Pres Recipient.  After review and consideration of the Motion, the papers in support of the motion, and all prior proceedings in this Action,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.    The Final Approval Order is amended to substitute, in equal shares, The Community Food Bank of New Jersey, Ramapo for Children, and the Sylvia Center as the *cy pres* recipient for the remainder unspent Settlement funds.


        BY THE COURT:

        _____
        HONORABLE VERNON S. BRODERICK
        UNITED STATES DISTRICT JUDGE

Dated: March 26, 2026